UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OR AMERICA, | Criminal No.: ~~10-4147~~ 11-722-004 (KSH) |
| Plaintiff, | **CONSENT ORDER MODIFYING CONDITIONS OF RELEASE** |
| v. | |
| SUNG-SIL JOH et al., | |
| Defendant. | |

***THIS MATTER*** having come before the Court on the application of Defendant, Sung-Sil Joh, by Gregory Tomczak, appointed CJA counsel for the Defendant, for an Order Modifying the Conditions of Release, in the above captioned matter, and the United States by Anthony Moscato, Assistant United States Attorney, having consented thereto, and for good cause shown;

IT IS on this day 15th of February, 2012, **HEREBY ORDERED**:

1. Defendant is permitted to receive her U.S. Passport and accompanying documentation, for a period of twenty-four (24) hours, in order to allow Defendant to renew her driver's license, at the discretion of Pre-Trial Services.

HON. KATHARINE S. HAYDEN, U.S.D.C.J.

Dated: February 15, 2012

Consented to by:

Gregory E. Tomczak, Esq.
Counsel for Defendant

Anthony Moscato, Esq.
Assistant United States Attorney