**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

200 FEDERAL PLAZA
ROOM 130
PATERSON, NJ
(973) 357-4080
FAX: (973) 357-4092

December 19, 2017

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

The Honorable Katharine S. Hayden
Sr. United States District Judge
U.S. District Court
Martin Luther King Jr. Federal Building & Courthouse
P.O. Box 0999
Newark, NJ 07102-0999

> RE: Joh, Sung-Sil
> Dkt. No. 2011-CR-722-01
> **Notification of Expiration of Supervision**
> **With Outstanding Restitution Balance**

Dear Judge Hayden:

On February 11, 2014, Your Honor sentenced Joh Sung-Sil to concurrent prison terms of one year and one day and three years supervised release on counts one (conspiracy to unlawfully produce identification documents) and count two (conspiracy to commit wire and bank fraud); a prison term was not imposed on count three (aggravated identity theft). Your Honor also imposed three years supervised release, restitution of $4,304,924, a $300 special assessment and no new debt restrictions.

Joh's term of supervision will expire on January 28, 2018, however, as of today's date, she maintains a restitution balance of $4,266,094.80. Notwithstanding the financial obligation, Joh has otherwise remained in relative compliance with the conditions of supervision. Unless you consider otherwise, we recommend that her supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to 18 U.S.C. § 3612.

As always, we are available to discuss this matter. The undersigned can be contacted at (973) 357-3080.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

*Denise Morales*

By: Denise Morales
    U.S. Probation Officer

/dm

cc: Financial Litigation Unit, District of New Jersey

## EXPIRATION OF SUPERVISION WITH OUTSTANDING RESTITUTION BALANCE

U.S. v. Sung-Sil Joh

Dkt. No. 2011-722-01

__X__  The court approves of the expiration of supervision with outstanding restitution.

_____  The court does not approve of the expiration of supervision with outstanding restitution.

_____
Signature of Judicial Officer

12/20/17
Date